PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ELIZABETH CHAVEZ

CALEB BASKIN, Esq. (SBN 226132)
BASKIN AND FOWLER, INC.
101 Cooper Street
Santa Cruz, CA 95060
Telephone:  (831) 427-7970
Facsimile:  (831) 427-4526
caleb@baskinandfowler.com

Attorney for Defendant
SANTA CRUZ SEASIDE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CRUZ SEASIDE COMPANY,<br><br>    Defendant. | CASE NO. 5:21-cv-06946-LHK<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:  September 8, 2021 |

### STIPULATION

Plaintiff ELIZABETH CHAVEZ ("Plaintiff") and Defendant SANTA CRUZ SEASIDE COMPANY, ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

The Parties request that the Court retain jurisdiction to enforce the agreement between the parties to resolve all claims, including specified enhancements to parking and path of travel accessibility.

**IT IS SO STIPULATED.**

DATED: November 8, 2021                REIN & CLEFTON

                                       */s/ Aaron Clefton*
                                       AARON CLEFTON, Esq.
                                       Attorneys for Plaintiff
                                       ELIZABETH CHAVEZ

DATED: November 5, 2021                BASKIN AND FOWLER, INC.

                                       */s/ Caleb Baskin*
                                       CALEB BASKIN, Esq.
                                       Attorney for Defendant
                                       SANTA CRUZ SEASIDE COMPANY

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on November 5, 2021, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Caleb Baskin in the filing of this document.

                                       */s/ Aaron Clefton*
                                       Aaron Clefton

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.  The Clerk shall close the file.

Dated: ____November 8____, 2021            _/s/ Lucy H. Koh_____
                                                                        Honorable Lucy H. Koh
                                                                        U.S. District Court Judge